IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROVENA HOSPITALS,<br>  successor-in-interest to<br>MERCY CENTER FOR HEALTH<br>CARE SERVICES,<br>19065 Hickory Creek Drive<br>Mokena, Illinois 60448<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, as Secretary of<br>Health and Human Services,<br>200 Independence Avenue, S.W.<br>Room 615F<br>Washington, D.C. 20201<br><br>      Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL CASE NO. |

\* \* \*

<u>Disclosure of Corporate Affiliations and Financial Interests Certificate Required by
LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia</u>

    I, the undersigned counsel of record for Plaintiff, certify that to the best of my knowledge and belief, Plaintiff, a nonprofit entity, does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

    This representation is made in order that judges of this court may determine the need for recusal.

                                Respectfully submitted,

                                Harold Belkowitz (D.C. Bar 449800)
                                Ober, Kaler, Grimes & Shriver
                                A Professional Corporation
                                1401 H Street, N.W.
                                Washington, D.C. 20005-3324
                                (202) 408-8400
                                Fax: (202) 408-0640
                                E-mail: hgbelkowitz@ober.com

- 2 -

        Robert E. Mazer  
        Ober, Kaler, Grimes & Shriver  
        A Professional Corporation  
        120 East Baltimore Street  
        Baltimore, Maryland 21202-1643  
        (410) 685-1120  
        Fax: (410) 547-0699  
        E-mail: remazer@ober.com  

        Counsel for Plaintiff

Dated at Washington, D.C.  
this 18th day of June, 2008