UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROVENA HOSPITALS<br>successor-in-interest to<br>MERCY CENTER FOR<br>HEALTH CARE SERVICES<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, Department of Health and Human Services | Case No. 1:08-cv-1054 |

### Affidavit of Service

    I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On June 19, 2008, I served the Summons; Complaint; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Michael O. Leavitt, as Secretary of the Department of Health and Human Services, c/o Office of the General Counsel, Hubert H. Humprhey Bldg., Room 722A, 200 Independence Avenue, S.W., Washington, DC 20201 by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

Further, on June 24, 2008, I served the Standing Order, to the above in the same manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2008

                                                                       _/s/ Max Brandy_
                                                                       Max Brandy

152997.3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>Lawrence   6-23-08 |
| 1. Article Addressed to:<br><br>Michael O. Leavitt<br>c/o Office of the General Counsel<br>Hubert H. Humphrey Bldg, Room 722A<br>200 Independence Avenue, SW<br>Washington, DC  20201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>  (*Transfer from service label*) | 7007 1490 0004 3584 3881 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540