UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROVENA HOSPITALS )
successor-in-interest to )
MERCY CENTER FOR )
HEALTH CARE SERVICES )
)
)
v. )   Case No. 1:08-cv-1054
)
MICHAEL O. LEAVITT, )
Secretary, Department of Health and Human )
Services )
)

### Affidavit of Service

I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On June 19, 2008, I served the Summons; Complaint; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Jeffrey A. Taylor, as United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, DC 20530 by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

Further, on June 24, 2008, I served the Standing Order, to the above in the same manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2008

_____
Max Brandy

152997.3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUN 2 5 2008 |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0004 3584 3898 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540