IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROVENA HOSPITALS,** ) <br> successor-in-interest to Mercy Center for ) <br> Health Care Services, ) <br> ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL O. LEAVITT**, as Secretary of ) <br> Health and Human Services, ) <br> ) <br> **Defendant.** ) | Case No. 1:08-cv-01054-RJL |

## NOTICE OF SUBSTITUTION OF COUNSEL

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as lead counsel for the Defendant, Michael O. Leavitt, Secretary of the Department of Health and Human Services in the above-captioned case.

-2-

Mr. McElvain's appearance is in substitution for that of Christopher B. Harwood. Mr. Harwood, through this filing, is withdrawing his appearance in this case. Accordingly, please direct all communication regarding this case to Mr. McElvain's address listed below.

Dated: August 14, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney


   /s/ Joel McElvain
SHEILA M. LIEBER, Deputy Director
JOEL McELVAIN, Attorney, D.C. Bar # 448431
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:   (202) 514-2988
Fax:         (202) 616-8202
Email:       Joel.McElvain@usdoj.gov

*Attorneys for Defendant*