IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROVENA HOSPITALS,** ) <br> successor-in-interest to Mercy Center for ) <br> Health Care Services, ) <br>  ) <br> **Plaintiff**, ) <br>  ) <br> v. ) <br>  ) <br> **MICHAEL O. LEAVITT**, as Secretary of ) <br> Health and Human Services, ) <br>  ) <br> **Defendant.** ) | Case No. 1:08-cv-01054-RJL |

# DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
## OF TIME IN WHICH TO FILE HIS ANSWER

WHEREAS, the Defendant, Michael O. Leavitt, Secretary of Health and Human Services, is currently required to answer or to otherwise respond to the complaint in this action no later than August 22, 2008;

WHEREAS, this action involves a challenge by the Plaintiff to a final decision of the Administrator of the Centers for Medicare and Medicaid Services ("CMS");

WHEREAS, this action will be decided on the basis of the administrative record to be certified by CMS;

WHEREAS, the Defendant will require an additional twenty-one days, to and including September 12, 2008, for the preparation of the administrative record and for the preparation of an answer to the complaint;

WHEREAS, the undersigned counsel for the Defendant has consulted with counsel for the Plaintiffs, Robert Mazer, Esquire, and Mr. Mazer stated that he has no objection to an

-2-

extension of time of twenty-one days, to and including September 12, 2008, for the filing of a pleading in response to the complaint;

The Defendant respectfully requests that the Court grant his motion for an extension of time, and that the Court order that the Defendant shall answer or otherwise respond to the complaint no later than September 12, 2008.

Dated: August 14, 2008                                Respectfully submitted,

                                                      GREGORY G. KATSAS
                                                      Assistant Attorney General

                                                      JEFFREY A. TAYLOR
                                                      United States Attorney


                                                         /s/ Joel McElvain
                                                      SHEILA M. LIEBER, Deputy Director
                                                      JOEL McELVAIN, Attorney, D.C. Bar # 448431
                                                      United States Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      20 Massachusetts Ave., NW, Room 7130
                                                      Washington, D.C. 20001
                                                      Telephone:   (202) 514-2988
                                                      Fax:         (202) 616-8202
                                                      Email:       Joel.L.McElvain@usdoj.gov

                                                      *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PROVENA HOSPITALS,** successor-in-interest to Mercy Center for Health Care Services, | ) ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-01054-RJL |
| **MICHAEL O. LEAVITT**, as Secretary of Health and Human Services, | ) ) ) ) | |
| **Defendant.** | ) | |

### [PROPOSED] ORDER

Upon consideration of the Defendant's unopposed motion for an extension of time in which to file his answer, and good cause having been shown, it is hereby

ORDERED that the motion is granted, and that the Defendant shall answer or otherwise respond to the complaint no later than September 12, 2008.


Dated: _____, 2008        _____
                                    RICHARD J. LEON
                                    UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C. 20001
Attorney for Defendants

Harold G. Belkowitz
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
Attorney for Plaintiffs